JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROGER JORDAN, JR., | Case No. CV 14-03708-JFW (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| THOMAS J. BORRIS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 24, 2015

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1